798 A.2d 1275

Johnnie Lee CROPPS, III, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

No. 56 MAP 2002.

Supreme Court of Pennsylvania.

June 13, 2002.

Johnnie Lee Cropps, III, pro se.

Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Board of Probation and Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, probable jurisdiction is noted and the order appealed is affirmed.